# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| AMY LEE DAY, Individually and on Behalf of All Others Similarly Situated, § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 6:18-cv-00230-RWS-KNM |
| § § | |
| TLRA DEBT RECOVERY, § § | |
| Defendant. § § | |

## AGREED MOTION FOR ENTRY OF AGREED FINAL JUDGMENT

COME NOW Amy Lee Day and CHRISTUS Health d/b/a TLRA Debt Recovery (the "**Parties**"), respectively, and announce to the Court that all matters in controversy between them have been resolved and the Parties mutually seek dismissal with prejudice of all claims asserted in the above-captioned action. The Parties shall bear their own costs of Court, as set forth in the Agreed Final Judgment filed herewith.

Accordingly, the Parties request that the Court enter the Agreed Final Judgment submitted herewith.

Respectfully submitted:

NORTON ROSE FULBRIGHT US LLP


*/s/ Michael W. O'Donnell (with consent)*
Michael W. O'Donnell
mike.odonnell@nortonrosefulbright.com
Ashley Senary Dahlberg
ashley.dahlberg@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, TX  78205-3792
Telephone:     (210) 224-5575
Facsimile:      (210) 270-7205

ATTORNEYS FOR DEFENDANT
CHRISTUS HEALTH D/B/A TLRA DEBT RECOVERY


*/s/ Joel S. Halvorsen*
Joel S. Halvorsen
HALVORSEN KLOTE
680 Craig Road, Suite 104
St. Louis, MO 63141
Phone: 314-451-1314
joel@hklawstl.com

ATTORNEYS FOR PLAINTIFF
AMY LEE DAY