IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AMY LEE DAY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>TLRA DEBT RECOVERY,<br><br>    Defendant. | §§§§§§§§§§§§ Civil Action No. 6:18-cv-00230-RWS-KNM |

**ORDER OF DISMISSAL**

ON THIS DAY came on to be heard the above-styled and numbered cause. Counsel of record for Amy Lee Day and CHRISTUS Health d/b/a TLRA Debt Recovery (the "Parties"), respectively, announced to the Court that all matters in controversy between them have been resolved and the Parties mutually request dismissal with prejudice of all claims asserted in the above-captioned action. The Parties shall bear their own attorneys' fees and costs of Court.

**IT IS THEREFORE ORDERED** that the above captioned case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each Party pay their own attorney's fees and Court costs.

All relief not expressly granted in this Order is **DENIED**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 28th day of November, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE